**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

3LIONS PUBLISHING, INC.,

    Plaintiff,

v.                                                   Case No: 8:13-cv-366-T-30TGW

RECALL CORPORATION and
H. ALAN ROSENBERG,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal With Prejudice (Dkt. #5).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 27th day of February, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-366 dismiss 5.docx